# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 9, 2012

Robert P. Young, Jr.,
Chief Justice

144579(55)

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

BRENT HARRIS,
     Plaintiff-Appellee,

v

SC: 144579
COA: 300256
Oakland CC: 2009-102219-NF

AUTO CLUB INSURANCE ASSOCIATION,
     Defendant-Third Party Plaintiff-Appellee,

and

BLUE CROSS BLUE SHIELD OF MICHIGAN,
     Third Party Defendant-Appellant.

_____/

     On order of the Court, the motion to strike Auto Club Insurance Association's brief on appeal and request for oral argument is considered, and it is DENIED.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 9, 2012

_____
Clerk

h1106